PATXOT, APPELLANT, *v.* NADAL ET AL., RESPONDENTS.

APPEAL from the District Court of Mayagüez.

Motion to Dismiss Appeal.

No. 958.—Decided April 7, 1913.

APPEAL—EXTENSION OF TIME—TRANSCRIPT OF RECORD.—District courts have no jurisdiction to grant extensions of time for filing the transcript of the record in the Supreme Court.

ID.—TRANSCRIPT OF RECORD.—The transcript of the record having been filed before the motion to dismiss the appeal, Rule 58 of this court is applicable, which

rule was not repealed by the amendment to section 299 of the Code of Civil Procedure in Act No. 70 of March 9, 1911, and the appeal will not be dismissed.

*Mr. José de Diego* for petitioner.
*Mr. Rafael López Landrón* for adverse party.

DECISION.

Although the court below did not have jurisdiction to grant extensions of time for filing the transcript of the record in this court, in view of rule 58 of this court, which was not revoked by the amendment made to section 299 of the Code of Civil Procedure by Act No. 70 of March 9, 1911, and considering the practice followed by this court in the cases of *García* v. *The American Railroad Company of Porto Rico,* 17 P. R. R., 914, and *Hernández* v. *The American Railroad Company of Porto Rico,* 17 P. R. R., 1177, the motion presented by the respondents in this case is hereby overruled and it is ordered that this case be heard tomorrow, which is the day set therefor.

*Motion overruled.*

Chief Justice Hernández and Justices Wolf, del Toro and Aldrey concurred.

Mr. Justice MacLeary did not take part in the decision of this case.